BEFORE THE THIRD DIVISION, JUNE 26, 1968

**No. P68/302.**—F. B. Vandegrift & Co., Inc. *v.* United States, protests 65/8563, etc. (Philadelphia).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of calcined clay, referred to as "Molochite" similar in all material respects to that the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (54 Cust. Ct. 245, C.D. 2539), the claim of the plaintiff was sustained.